October 24, 2011

Honorable Joel A. Pisano
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building
    and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

        Re:    Southern NJ Regional Employee Benefits Fund v. Wyeth, Inc.
                Case Number: 3:11-cv-06161-JAP-TJB

                The Bergen Municipal Employee Benefits Fund v. Wyeth, Inc.
                Case Number: 3:11-cv-06211-JAP-LHG

                Our file number:    2627.0001

Dear Judge Pisano:

    This letter shall serve to acknowledge receipt of notice of an in-person Status Conference regarding case management set for December 2, 2011 at 9:30 a.m. before your Honor.

                Respectfully submitted,


                MICHAEL D. FITZGERALD

MDF: gsg